IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01799-MSK-MEH

ARTHUR J. ROBINSON,

    Plaintiff,

v.

BOARD OF REGENTS OF THE UNIVERSITY OF COLORADO,

    Defendant.

## ORDER VACATING TRIAL DATE AND
## DIRECTING PARTIES TO OBTAIN NEW TRIAL DATE

    THIS MATTER is currently set for trial on September 11, 2006. A criminal trial will commence on that same date.

    **IT IS THEREFORE ORDERED** that the trial in this matter set for September 11, 2006 is **VACATED**. Counsel shall jointly telephone chambers at (303) 335-2289 to obtain a new trial date.

    Dated this 29th day of August, 2006

                                      **BY THE COURT:**

                                      *Marcia S. Krieger*
                                      Marcia S. Krieger
                                      United States District Judge