IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01799-MSK-MEH

ARTHUR J. ROBINSON,

    Plaintiff,

v.

BOARD OF REGENTS OF THE UNIVERSITY OF COLORADO,

    Defendant.

## ORDER DISCHARGING SHOW CAUSE ORDER

THIS MATTER comes before the Court *sua sponte*.

In response to the Court's Order to Show Cause **(#102)**, the parties have reset the trial in this matter.

**IT IS HEREBY ORDERED** that the Order to Show Cause **(#102)** is deemed satisfied and the Order is **DISCHARGED.**

Dated this 5th day of December, 2006

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            United States District Judge