IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01799-MSK-MEH

ARTHUR J. ROBINSON,

    Plaintiff,

v.

BOARD OF REGENTS OF THE UNIVERSITY OF COLORADO,

    Defendant.

---

**ORDER RESETTING TRIAL**

---

    **IT IS ORDERED** that a four (4) day jury trial in the above captioned matter is reset to **April 30, 2007 at 1:30 p.m.** on the docket of the Honorable Marcia S. Krieger in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.   This setting is on a trailing docket in 2nd position.

    Dated this 7th day of December, 2006

                                               **BY THE COURT:**

                                               Marcia S. Krieger
                                               United States District Judge