IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01799-MSK-MEH

ARTHUR J. ROBINSON,

    Plaintiff,

v.

BOARD OF REGENTS OF THE UNIVERSITY OF COLORADO,

    Defendant.

## NOTICE TO PARTIES

    The parties are advised that their trial set for April 30, 2007 is now in a first position setting. At present, there are no criminal settings which would prevent the trial from going forward.

    Dated this 29th day of March, 2007

                                   **BY THE COURT:**

                                   */s/ Marcia S. Krieger*

                                   Marcia S. Krieger
                                   United States District Judge