IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01799-MSK-MEH

ARTHUR J. ROBINSON,

    Plaintiff,

v.

BOARD OF REGENTS OF THE UNIVERSITY OF COLORADO,

    Defendant.

## ORDER

THIS MATTER comes before the Court *sua sponte*.

**IT IS ORDERED** that a final pre-trial conference is set for **April 23, 2007 at 4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 6th day of April, 2007

                **BY THE COURT:**

                *[signature: Marcia S. Krieger]*

                Marcia S. Krieger
                United States District Judge